**Mark MORRIS Plaintiff-Appellant**

v.

**Benny NETTLES, Principal, Grimes Unit; Tracey Dowell, Assistant Principal, Grimes Unit; Grimes Correctional Unit, Arkansas Department of Correction Defendants-Appellees**

No. 16-3401

United States Court of Appeals, Eighth Circuit.

Submitted: March 23, 2017

Filed: April 3, 2017

Mark Morris, Pro Se

Michael Cantrell, Assistant Attorney General, Attorney General's Office, Civil Litigation, Little Rock, AR, for Defendants-Appellees

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Mark Morris appeals after the district court [1] partially dismissed his com-

---

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the recommended dis- positions of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.

plaint preservice pursuant to 28 U.S.C. § 1915A(b), and then adversely granted summary judgment. After carefully reviewing the record and the parties' arguments on appeal, we conclude that the district court properly disposed of the claims that have been addressed by Morris on appeal. See Hess v. Ables, 714 F.3d 1048, 1051 n.2 (8th Cir. 2013) (claim was abandoned where appellant did not brief court on why dismissal was improper); Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (grant of summary judgment is reviewed de novo); Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (§ 1915A(b) dismissal is reviewed de novo); see also Robinson v. Hager, 292 F.3d 560, 564 (8th Cir. 2002) (discussing deliberate indifference standard); Hosna v. Groose, 80 F.3d 298, 304 & n.8 (8th Cir. 1996) (discussing equal protection standard for inmate who has not alleged he is member of suspect class).